■ GEORGE W. CHAMBERLAIN, Appellant, v JOSEPH AMATO, Respondent. (Action No. 1.) GEORGE W. CHAMBERLAIN, Appellant, v JOSEPH AMATO et al., Respondents. (Action No. 2.) GEORGE W. CHAMBERLAIN, Appellant, v JOSEPH AMATO et al., Respondents. (Action No. 3.) (Appeal No. 1.) [739 NYS2d 331] —Appeal from an order and judgment (one document) of Supreme Court, Monroe County (Galloway, J.), entered October 31, 2000, which, inter alia, dismissed the complaint after a nonjury trial.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Galloway, J. Present—Pigott, Jr., P.J., Pine, Scudder, Burns and Gorski, JJ.